IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| STILLWATER HARBOR, LLC, | § | |
| | § | No. 356, 2024 |
| Petitioner Below, Appellant, | § | |
| | § | Court Below–the Superior |
| v. | § | Court of the State of Delaware |
| | § | |
| SUSSEX COUNTY PLANNING & | § | C.A. No. S23A-11-001 |
| ZONING COMMISSION, | § | |
| COMMISSIONERS OF SUSSEX | § | |
| COUNTY PLANNING & ZONING | § | |
| COMMISSION, SUSSEX COUNTY | § | |
| COUNCIL, MEMBERS OF SUSSEX | § | |
| COUNTY COUNCIL, | § | |
| | § | |
| Respondents Below, Appellees. | § | |

Submitted: March 18, 2025
Decided: April 9, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## ORDER

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's order on certiorari review denying appellant's claims dated August 8, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:
*/s/ N. Christopher Griffiths*
Justice